UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM J. MOFFORD,

    Plaintiff,

vs.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

No. 3:23-cv-05723-BJR

**ORDER RE: JOINT MOTION AMENDING ORDER SETTING TRIAL DATES AND RELATED DATES**

The Court having reviewed the Joint Motion Amending Order Setting Trial Dates and Related Dates, all related pleadings, and being fully apprised, hereby ORDERS:

The Joint Motion Amending Order Setting Trial Dates and Related Dates is GRANTED. The Order Setting Trial Dates and Related Dates (Doc. 19) is to be amended as follows:

| Deadline Type | Old Date | New Date |
| --- | --- | --- |
| Reports from expert witnesses under FRCR 26(a)(2) due | April 8, 2024 | **May 24, 2024** |
| Rebuttal reports from expert witnesses under FRCR 26(a)(2) due | | **June 24, 2024** |
| Discovery completed by | May 8, 2024 | **July 24, 2024** |

All other dates/deadlines are to remain in place.

Dated: April 1, 2024

                                          *Barbara J. Rothstein*
                                          United States District Judge