THE HONRABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **WILLIAM J. MOFFORD**, <br><br> Plaintiff, <br><br> v. <br><br> **BNSF RAILWAY COMPANY, a Delaware corporation,** <br><br> Defendant. | Case No. 3:23-cv-5723-BJR <br><br> **ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE TO COMPLETE DISCOVERY** |

This matter comes before the Court upon the Unopposed Motion to Extend the Deadline to Complete Discovery. And the Court, having found good cause,

IT IS SO ORDERED, that the deadline to complete discovery is extended to September 5, 2024

Dated this 25th day of July, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge