THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WILLIAM J. MOFFORD,<br><br>　Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware corporation<br><br>　Defendant. | Case No. 3:23-CV-5723-BJR<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

　　Plaintiff William J. Mofford and Defendant BNSF Railway Company, through their undersigned counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, and each party shall be responsible for their own attorney's fees and costs.

**Dated: September 6, 2024**　　　　　　　**ROSSI VUCINOVICH PC**


　　　　　　　　　　　　　　　　　　　　By: s/ *James K. Vucinovich*
　　　　　　　　　　　　　　　　　　　　James K. Vucinovich, WSBA No. 29199
　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

**MITCHELL & MITCHELL PLLC**

By: s/ *Andrew Mitchell*
Andrew Mitchell, WSBA 30399
Vicki L. Mitchell, WSBA 31259
1710 N. Washington St., #200
Spokane, Washington 99205
T: 509.315.9890 / F: 509.315.9891
amitchell@mitchell-lp.com
vmitchell@mitchell-lp.com

**KNIGHT NICASTRO MACKAY, LLC**
Chad M. Knight, admitted *pro hac vice*
1401 Walnut Street, Suite 200
Boulder, CO 80302
knight@knightnicastro.com
ATTORNEYS FOR DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE WITH EACH PARTY BEARING THEIR OWN ATTORNEY'S FEES AND COSTS. The Clerk is directed to close this file.

Dated: September 9, 2024.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

**PRESENTED BY:**

**ROSSI VUCINOVICH PC**

By: s/ *James K. Vucinovich*
James K. Vucinovich, WSBA No. 29199
jvucinovich@rvflegal.com
**ATTORNEYS FOR PLAINTIFF**